FILED

05/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0014

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 20-0014

MARK PLAKORUS

Appellant,

vs.

THE UNIVERSITY OF MONANA

Appellee.

**ORDER GRANTING UNOPPOSED MOTION FOR THIRTY DAY EXTENSION TO FILE ANSWER BRIEF**

On appeal from Judgment of the Montana Fourth Judicial District Court,
Cause No. DV 19-434
The Honorable John W. Larson, Presiding

**APPEARANCES**

Quentin M. Rhoades
Kristin Bannigan
Rhoades, Siefert &
   Erickson, PLLC
430 Ryman St
Missoula, MT 59802
Telephone: (406) 721-9700
qmr@montanalawyer.com
kristin@montanalawyer.com

*For Plaintiff and Appellant*

Quinlan L. O'Connor
P.O. Box 1728
Helena, MT 59624
Telephone: (406) 444-1689
qoconnor@mt.gov

*For Defendant and Appellee*

Before the Court is The University of Montana's Unopposed Motion for Thirty Day Extension to File Answer Brief.

It is HEREBY ORDERED that the University's Motion is GRANTED. The University shall file its Answer Brief on or before June 19, 2020.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 6 2020